IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PETROFF TRUCKING CO. INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 11-0241-GPM-SCW |
| | ) |
| **ILLINOIS DEP'T OF TRANSP.,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court is a discovery dispute between Plaintiff Petroff Trucking Company ("Petroff") and the Illinois Department of Transportation ("IDOT"). Specifically, Plaintiffs objected to Defendants' First Requests to Produce Numbers 3, 4, 5, 9, and 14, as well as Defendants' First Set of Interrogatories Numbers 3, 4, 11 and 12. Arguments were presented in a telephonic hearing held at 1:30 p.m. on November 4, 2011. Petroff's objections are resolved as follows:

**I. Request to Produce No. 3.**

Objection overruled.

**II. Request to Produce No. 4.**

Objection overruled.

**III. Request to Produce No. 5.**

Objection sustained in part and overruled in part. Plaintiff will respond insofar as production concerns Sandra Petroff, Petroff Trucking Company, Petroff Rotomilling and A&A Hauling.

**IV. Request to Produce No. 9**

Objection sustained.

**V. Request to Produce No. 14**

IDOT's Request to Produce No. 14 has been responded to sufficiently.

**VI. Interrogatory No. 3**

Objection overruled.

**VII. Interrogatory No. 4**

Objection sustained in part and overruled in part. Plaintiff will provide any reasons for denial of DBE status as well as whether Plaintiff appealed.

**VIII. Interrogatory No. 11**

Objection sustained.

**IX. Interrogatory No. 12**

Objection sustained in part and overruled in part. Plaintiff will respond whether Plaintiff entity was a party in a suit, whether that suit was civil or criminal, whether Plaintiff was the plaintiff or defendant, and the jurisdiction and case number of any such suit.

Plaintiff shall respond to Defendant's Requests to Produce and Interrogatories according to the above rulings **on or before November 18, 2011.**

**IT IS SO ORDERED**.

DATED: **November 4, 2011**

/s/ *Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge